UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN LASHON HALL,<br><br>        Plaintiff,<br><br>    v.<br><br>G. BARRY,<br><br>        Defendant. | Case No. 23-cv-02999-PCP<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

On July 24, 2023, the Court dismissed the original complaint because it failed to state a cognizable claim for relief. Dkt. No. 12. The Court granted leave to amend. *See id*. The Court informed Plaintiff that "[f]ailure to file an amended complaint in the time provided *will* result in dismissal of this action without further notice to Plaintiff." Dkt. No. 12 (emphasis added). The amended complaint was due September 4, 2023, *see id.*, but has not been filed, *see generally*, Dkt.

Because Plaintiff failed to amend despite opportunity and a warning of the consequences, this action is **DISMISSED** with prejudice. *See Harris v. Mangum*, 863 F.3d 1133, 1141-42 (9th Cir. 2017) (recognizing propriety of dismissing action where plaintiff failed to amend).

If Plaintiff believes he can state a cognizable claim, he may move to reopen this action. *See* Fed. R. Civ. P. 59, 60.

**IT IS SO ORDERED.**

Dated: March 1, 2024

P. Casey Pitts
United States District Judge